## UNITED STATES DISTRICT COURT
### FOR THE District of New Jersey [LIVE]
### Trenton, NJ


UNITED STATES OF AMERICA

                               Plaintiff,

v.                                      Case No.: 3:25−cr−00067−MAS
                                               Judge Michael A. Shipp

SHMUEL ZARZAR

                               Defendant.


Clerk of Court
USDC for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Original Jurisdiction No: 1:18cr177**


**Dear Clerk of Court:**

    Enclosed please find a Transfer of Jurisdiction Order to the District of New Jersey from your District. Please note that this matter has been filed in this District and assigned the above referenced docket number. The Indictment, Judgment and Docket Sheet have been retrieved via PACER. Please forward any additional necessary documents.

    Thank you for your anticipated cooperation in this matter.


                                         Very truly yours,

                                         CLERK OF COURT
                                         By Deputy Clerk, amv


cc: Probation Office for the District of New Jersey